HENRY WEINER et al., Respondents, *v.* ANTHONY B. CAWLEY, Appellant.

*Appeal — order denying motion for new trial on ground of newly-discovered evidence discretionary — appeal to Court of Appeals from order of affirmance dismissed.*

Reported below, 211 App. Div. 869.

(Submitted March 2, 1925; decided March 3, 1925.)

MOTION to dismiss so much of defendant's appeal as purports to be an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 19, 1924, which affirmed an order of Special Term denying a motion for a new trial upon the ground of newly-discovered evidence.

The motion was made upon the ground that the order appealed from was discretionary and not reviewable by the Court of Appeals.

*Harry W. Moore* for motion.
*Hartford N. Gunn* opposed.

Motion granted, with ten dollars costs.

The case on appeal need not be reprinted but so much thereof as relates to appeal from order will be disregarded.